IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ELEANOR CATHERINE CLIFFORD,

                ORDER

     Plaintiff,

                10-cv-384-bbc

  v.

MR. MICHAEL J. ASTRUE,

     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

   On July 9, 2010, plaintiff Eleanor Catherine Clifford filed a civil complaint against Michael Astrue, Commissioner of Social Security. She sought to commence this lawsuit without prepayment of the filing fees and costs or providing security therefor, pursuant to 28 U.S.C. § 1915 and was granted leave to do so in an order entered on July 13, 2010. In the same order, I told plaintiff that she would have to submit information showing that she had obtained a final decision from the commissioner on an application for social security benefits. I advised her that the easiest way for her to do this would be to submit a copy of the letter from the Appeals Council denying her request for review, which she should have received if she completed the administrative process. I gave her until August 3, 1010 to submit the information.

   Plaintiff has failed to submit the necessary information showing that she has

exhausted her administrative remedies. Therefore, her case will be dismissed without prejudice for her failure to prosecute it. Her August 2, 2010 motion for appointment of counsel will be denied as unnecessary.

ORDER

IT IS ORDERED that

1. Plaintiff Eleanor Clifford's complaint is DISMISSED without prejudice for her failure to prosecute it.

2. Plaintiff's motion for appointment of counsel is DENIED as moot.

Entered this  17th  day of August, 2010.

BY THE COURT:

/s/
BARBARA B. CRABB
District Judge