IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ELEANOR CATHERINE CLIFFORD,

                                                                 ORDER

           Plaintiff,

                                                     10-cv-384-bbc

      v.

MR. MICHAEL J. ASTRUE,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      On July 9, 2010, plaintiff Eleanor Catherine Clifford filed a civil complaint against Michael Astrue, Commissioner of Social Security. On August 17, 2010, I dismissed plaintiff's complaint for her failure to prosecute because she failed to submit information showing that she had obtained a final decision from the commissioner on an application for social security benefits. Now before the court is plaintiff's motion to transfer this case to the U.S. Court of Federal Claims. She does not say why her case should be transferred. Moreover, her case cannot be transferred because it is no longer pending before this court

ORDER

IT IS ORDERED that plaintiff Eleanor Clifford's motion to transfer her case to the U.S. Court of Federal Claims, dkt. #8, is DENIED.

Entered this 25th day of August, 2010.

> BY THE COURT:
> /s/
> BARBARA B. CRABB
> District Judge